IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                              CASE NO. 1:03-cr-00045-MP

NEIL EUGENE HURST,

    Defendants.
_____/

**O R D E R**

This matter is before the Court on Doc. 35, Motion to Continue Revocation of Supervised Release Hearing, filed by Neil Eugene Hurst. A telephone hearing was held on this matter on Thursday, February 9, 2006. During the hearing, the Government indicated that it does not object to defendant's motion. Accordingly, the motion is GRANTED. Defendant's revocation of supervised release hearing is hereby rescheduled for Friday, March 10, 2006, at 10:00 a.m.

**DONE AND ORDERED** this  *10th*  day of February, 2006

            *s/Maurice M. Paul*
            Maurice M. Paul, Senior District Judge